

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| DRAKE KELLY KING | 3-25CR-424 S |

### INDICTMENT

The Grand Jury charges:

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about June 17, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Drake Kelly King**, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

Count Two
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about June 17, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Drake Kelly King**, did knowingly possesses a firearm, to wit: a Smith and Wesson, model SD9 VE, 9mm caliber pistol, bearing serial number FEE7729, in furtherance of the commission of a drug trafficking crime, namely, possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), as alleged in Count One of this indictment, for which the defendant may be prosecuted in a court of the United States.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Drake Kelly King**, shall forfeit to the United States of America all property, real or personal, constituting or derived from the proceeds obtained, directly or indirectly, as the result of the offense; and any of the defendant's property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

Upon conviction for the offense alleged in Count Two of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Drake Kelly King**, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

This property includes, but is not limited to, the following:

1. a Smith and Wesson, model SD9 VE, 9mm caliber pistol, bearing serial number FEE7729; and

2. any ammunition recovered with the firearm.

A TRUE BILL:

_Suzanne Chatham_
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

LUIS A. SUAREZ
Assistant United States Attorney
Texas Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:   214-659-8600
Fax:   214-659-8805
Email: Luis.Suarez4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DRAKE KELLY KING

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(B)
Possession with Intent to Distribute a Controlled Substance
(Count 1)

18 U.S.C. § 924(c)(1)(A)(i)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Count 2)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

_____  *Suzanne Chatham*
DALLAS                                                                                 FOREPERSON

Filed in open court this 16 day of September, 2025.

_____

**Warrant to be Issued**

_____

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending